NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000334
14-FEB-2018
12:27 PM**

NO. CAAP-17-0000334

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR3,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3 UNDER
THE POOLING AND SERVICING AGREEMENT DATED FEBRUARY 1, 2006,
Plaintiff-Appellee,
v.
MOUSTAFA MOHAMED, Defendant-Appellant
and
ASSOCIATION OF APARTMENT OWNERS OF ALII COVE,
Defendant-Appellee,
and
JOHN DOES 1-10; JANE DOES 1-10, DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10 and
DOE GOVERNMENTAL UNITS 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 15-1-081K)

ORDER GRANTING THE JANUARY 16, 2018
STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the January 16, 2018 "Stipulation for Dismissal of Appeal," filed by Plaintiff-Appellee Deutsche Bank National Trust Company, as Trustee of the Indymac Indx Mortgage Loan Trust 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3 Under the Pooling and Servicing Agreement Dated February 1, 2006, and the record, it appears that: (1) the appeal has been docketed; (2) no payment is due; (3) the parties stipulate to dismiss the appeal and bear their respective

attorneys' fees and costs; and (4) the stipulation is dated and signed by counsel for all parties to the appeal, in compliance with Rule 42(b) of the Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, February 14, 2018.

Presiding Judge

Associate Judge

Associate Judge